UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.                                                  CASE NO. 8:11-cr-507-T-30EAJ

JOSE RODOLFO MURILLO-MENDEZ
a/k/a Julian Pacheco Feliciano
a/k/a Jose Rodolfo Mendez


## PRELIMINARY ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Preliminary Order of

Forfeiture (Doc. 23), pursuant to 26 U.S.C. § 5872(a), 28 U.S.C. § 2461(c) and

Federal Rule of Criminal Procedure 32.2(b)(2), which at sentencing will be a final

order of forfeiture as to defendant Jose Rodolfo Murillo-Mendez's interest in the

following property:

One Winchester 12-gauge shotgun,
Model 37A, Serial Number: C1046095

The defendant pleaded guilty to possession of an unregistered firearm, specifically the

shotgun described above, in violation of 26 U.S.C. §§ 5861(d), 5845(a)(1), and 5871,

and was convicted of this offense.  The United States has established the requisite

nexus between the crime of conviction and the shotgun.

Accordingly, the United States' motion (Doc. 23) is GRANTED.  Pursuant to 26

U.S.C. § 5872(a), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure

32.2(b)(2), all of the defendant's right, title, and interest in the shotgun are forfeited to

the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to entertain any third party claim that may be asserted and to enter any order necessary for the forfeiture and disposition of the shotgun.

**DONE** and **ORDERED** in Tampa, Florida on February 17, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-507.forfeit 23.wpd